UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MARLON BAUTISTA,

    Plaintiff,

v.                                     Case No.:  2:23-cv-857-KCD

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

Before the Court is the Commissioner's Unopposed Motion for Entry of Judgment With Remand.[1] (Doc. 15.) The Commissioner believes that remand is appropriate to conduct further administrative proceedings, offer the claimant the opportunity for a hearing, and issue a new decision. (*Id.* at 1.) Plaintiff consents to the relief requested.

Under 42 U.S.C. § 405(g), the Court has the power to enter judgment, reversing and remanding a social security case for rehearing. *See Shalala v. Schaefer*, 509 U.S. 292, 296-98 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 101-02 (1991). The Commissioner's request for remand is appropriate, and given Plaintiff's consent, it will be granted.

Accordingly, it is now **ORDERED**:

---

[1] The parties consented to a magistrate judge's consideration of this motion. (Docs. 17, 18.)

1. The Commissioner's Unopposed Motion for Entry of Judgment With Remand (Doc. 15) is **GRANTED**.

2. The Commissioner's decision denying benefits is **REVERSED** and this case is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

3. The Clerk is **DIRECTED** to enter judgment, terminate all deadlines, deny all pending motions as moot, and close the file.

**ENTERED** in Fort Myers, Florida on March 4, 2024.

Kyle C. Dudek
United States Magistrate Judge

Copies:  All Parties of Record